UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL ACTION NO. |
| VS. | ) | |
| | ) | 3:04-CR-0278(01)-G |
| RICKY WAYNE TOLBERT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* docket entry 57. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the defendant's motion to appoint counsel (docket entry 46) is **CONSTRUED** as a successive Section 2255 motion, and that it is **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit to seek authorization to file a successive Section 2255 motion. *See* 28 U.S.C. § 2255(h);

28 U.S.C. § 2244(b)(3); 28 U.S.C. § 1631.[*]

The Clerk of the Court is **DIRECTED** to (1) terminate the motion to appoint counsel in the criminal case (docket entry 46), (2) open a new Section 2255 action for statistical purposes based on the motion to appoint counsel (nature of suit code 510, with direct assignment per Special Order 3-250 to Senior United States District Judge A. Joe Fish and United States Magistrate Judge Renée Harris Toliver), and (3) effect the transfer in the newly opened case.

**SO ORDERED.**

December 9, 2020.

*A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**

---

[*] An order transferring a successive application to the court of appeals is not a final order requiring a certificate of appealability. See *United States v. Fulton*, 780 F.3d 683, 688 (5th Cir.), *cert. denied*, 577 U.S. 967 (2015); *Brewer v. Stephens*, 605 Fed. Appx. 417 (5th Cir.) (per curiam), *cert. dismissed*, 577 U.S. 983 (2015).